UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No.: 11md02295 JAH-BGS<br><br>Member cases:<br>　　All member cases<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On June 16, 2022, Defendant filed a motion for summary judgment set for hearing on August 10, 2022. The Court finds it appropriate to set a briefing schedule for the motion.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiffs shall file a response to the motion **on or before July 13, 2022**;

2. Defendant may file a reply **on or before July 27, 2022**;

DATED: June 24, 2022

_____
JOHN A. HOUSTON
United States District Judge